

Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-11-00583-CV

## EX PARTE TOMAS URESTI PEREZ

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:  August 24, 2011

PETITION FOR WRIT OF HABEAS CORPUS DENIED

On August 9, 2011, relator filed a petition for writ of habeas corpus, complaining Sheriff Amadeo Ortiz has failed to grant him "good time credits." The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of habeas corpus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 93-CI-00440, styled *In the Interest of J.C.P.*, in the 224th Judicial District Court, Bexar County, Texas, the Honorable Cathy Stryker presiding. However, the order holding relator in contempt was signed by the Honorable Jim Rausch, associate judge of the Child Support Court, Bexar County, Texas.